

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 APR 18  AM 11: 20

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CARDELL WILLIAMS** | * | CIVIL ACTION |
| **VERSUS** | * | NUMBER 05-2428<br>REF: 05-6367 |
| **PACORINI USA, INC., ET AL.** | * | SECTION "L" (1) |

## ORDER

Considering that the Plaintiff has indicated that he has no opposition to Pacorini USA, Inc.'s Motion for Summary Judgment (Rec. Doc. 21), IT IS ORDERED that the motion is GRANTED.

New Orleans, Louisiana, this __26th__ day of __April__, 2006.

_____
UNITED STATES DISTRICT JUDGE

___ Fee _____
___ Process _____
_X_ Dktd _____
_✓_ CtRmDep _____
___ Doc. No _____